**Order entered December 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01256-CV

### DEANNA AI LEE, Appellant

### V.

### KEVIN DUC NGUYEN, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-22786**

## ORDER

The reporter's record is overdue. The court received notice from the court reporter that appellant had not requested preparation of the reporter's record. By letter dated November 26, 2018, we instructed appellant to provide, within ten days, written verification that she had requested preparation of the reporter's record and that she had paid or made arrangements to pay the reporter's fee. We cautioned appellant that failure to comply may result in the Court ordering the appeal submitted without the reporter's record. As of today's date, appellant has not responded. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/　　ADA BROWN
　　　　JUSTICE